# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ALFRED R. ROMERO,

        Plaintiff,

v.                                                                                    No. CV 17-999 CG

NANCY A. BERRYHILL,
Acting Commissioner of Social Security
Administration,

        Defendant.

## ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**THIS MATTER** is before the Court upon Plaintiff's *Application to Proceed in District Court Without Prepaying Fees or Costs*, (Doc. 2), filed October 4, 2017. The Application does not contain Plaintiff's signature on the "Affidavit in Support of Application." Instead, the Application reads that Plaintiff's signature is "in Attorney File." (Doc. 2 at 1). Plaintiff also failed to answer Questions 9, 10, 11, and 12. *Id.* at 5. Finally, Plaintiff's counsel states that Plaintiff has minimal expenses and receives contributions from his father, but in the Application Plaintiff only lists his food expenses, and does not include the contributions from his father. *Id.* at 7. For these reasons, the Court finds that the Application is incomplete and should be **DENIED WITHOUT PREJUDICE**. If Plaintiff chooses to re-file an application to proceed without prepayment of fees or costs, he must answer all of the questions, include all of his expenses and any income he receives, and sign the application.

**IT IS THEREFORE ORDERED** that Plaintiff's *Application to Proceed in District Court Without Prepaying Fees or Costs*, (Doc. 2) is **DENIED WITHOUT PREJUDICE**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE